**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIEN VAN NGUYEN, Petitioner, v. J. JOHNSON, Warden[,] Adelanto ICE Processing Center, et al., Respondents. | Case No. ED CV 26-03497-DMG-DTB **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED.

Respondents are ordered to immediately release Petitioner Tien Van Nguyen (A# 027-744-259) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents are their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-

detaining Petitioner without complying with all applicable statutes and regulations, including, without limitation, 8 C.F.R. §§ 241.4(l)(1) and 241.13(i)(1).

Respondents are ordered to file a status report within two (2) business days of the date of the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

DATED: July 29, 2026

Dolly M. Gee
DOLLY M. GEE
Chief United States District Judge